```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700
   Telecopier:(916) 498-5710
5
   Attorney for Petitioner
6  RICHARD LONDON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD LONDON, | ) | Civ. S 07-1489 LKK CMK |
| Petitioner, | ) | **STIPULATION AND ORDER RE: NEW SUITABILITY HEARING** |
| v. | ) | |
| R.J. SUBIA, et al., | ) | Honorable LAWRENCE K. KARLTON |
| Respondents. | ) | |
| _____ | ) | |

Pursuant to Local Rule 143, Petitioner, RICHARD LONDON, by and though his attorney, Assistant Federal Defender David M. Porter, and Respondents, R.J. SUBIA, et al., by and through their attorney, Supervising Deputy Attorney General Jennifer A. Neill, stipulate as follows:

(1) Whereas this Court entered an order on November 1, 2010 granting the petition for writ of habeas corpus and directing the Warden to release Mr. London within 45 days from service of the order unless the Parole Board held a new parole suitability hearing in accordance with due process and the findings of facts and conclusions of law contained within the court's order and judgment thereon, which was entered the same day;

1      (2)   the Warden filed a notice of appeal and emergency motion to
2 stay the order granting the petition, which motion was denied by the
3 Ninth Circuit Court of Appeals on November 16, 2010;

4      (3)   the California Board of Parole Hearings scheduled Mr.
5 London's new suitability hearing for November 17, 2010;

6      (4)   because Mr. London desires to have Mr. Porter represent him
7 at the new suitability hearing, but the latter does not have sufficient
8 time to prepare if the hearing is held on November 17, 2010, Mr. London
9 requests that the new suitability hearing be rescheduled for the next
10 available hearing calendar;

11     (5)   accordingly, the parties agree and stipulate that pursuant to
12 Rule 59(e), Federal Rules of Civil Procedure, the Court's November 1,
13 2010 order and judgment entered thereon be modified to read:  "Within
14 ninety-five (95) days of service of this order, the Petitioner SHALL BE
15 RELEASED if the Parole Board has not held a new parole suitability
16 hearing in accordance with due process as elucidated in this order."

17 DATED:  November 16, 2010

18 Respectfully submitted,

19 EDMUND G. BROWN, Jr.                DANIEL J. BRODERICK
   Attorney General                    Federal Defender
20

21 /s/ Jennifer A. Neill               /s/ David M. Porter
   JENNIFER A. NEILL                   DAVID M. PORTER
22 Supervising Deputy A.G.             Assistant Federal Defender

23 Attorney for Respondent             Attorney for Petitioner
   R.J. SUBIA                          RICHARD LONDON
24

25     **IT IS SO ORDERED.**

26 Dated:  November 16, 2010

27                                     _____
                                       LAWRENCE K. KARLTON
28                                     SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

2