DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
Telecopier:(916) 498-5710

Attorney for Petitioner
RICHARD LONDON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LONDON, | Civ. S 07-1489 LKK CMK |
| Petitioner, | **ORDER GRANTING CERTIFICATE OF APPEALABILITY** |
| v. | |
| R.J. SUBIA, et al., | Honorable LAWRENCE K. KARLTON |
| Respondents. | |

Under authority of Title 28, United States Code section 2253(c), and Federal Rule of Appellate Procedure 22(b)(1), the Court hereby certifies that there is cause for an appeal in the above-entitled case. Accordingly, a certificate of appealability is hereby granted as to the issue of whether the district court erred in limiting federal habeas relief to ordering a new suitability hearing rather than the calculation of Mr. London's release date.

IT IS SO ORDERED.

DATED: November 30, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT